IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-mj-01251

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DORIAN WHITESIDE,

    Defendant.

_____

### ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    The Court held a preliminary and detention hearing in this matter on January 31, 2008. At that time, the Court held a ruling in abeyance as to whether the government established probable cause to believe that Defendant committed the crime charged in Count II of the Complaint, which asserts a violation of 18 U.S.C. Section 924(c)(1) [Docket No. 8]. As instructed by the Court, counsel for the parties submitted additional briefing on this issue. The Court has read the briefs and is now fully advised in the premises. Accordingly,

    IT IS HEREBY **ORDERED** that the government has established probable cause as to Count II of the Complaint.

Dated: February 12, 2008

                                                     BY THE COURT:
                                                     s/ Kristen L. Mix
                                                     U.S. Magistrate Judge
                                                     Kristen L. Mix